■ BECKER PLASTIC CORP., Respondent, v FIREMAN'S FUND INSURANCE COMPANY et al., Appellants.—In an action on certain policies of insurance, defendants appeal from an order of the Supreme Court, Kings County, dated January 18, 1977, which, *inter alia,* denied their motion for summary judgment. Order affirmed, with $50 costs and disbursements. A review of the record on appeal indicates that there are triable issues of fact. Hopkins, J. P., Margett, Shapiro and Suozzi, JJ., concur.

■ JOHN BRUNO et al., Respondents, v LIVIO DI CAMILLO, Defendant, and MARIE DI CAMILLO, Appellant.—In an action to recover on a series of loans, defendant Marie Di Camillo appeals from an order of the Supreme Court, Suffolk County, entered January 14, 1977, which denied her motion to vacate so much of a judgment of the same court, entered March 10, 1975, as is in favor of plaintiffs and against her, which judgment was entered upon her default. Order reversed, without costs or disbursements, motion granted, and judgment as against appellant vacated. Appellant's time to answer is extended until 20 days after entry of the order to be made hereon. The facts in the record suggest that appellant's husband lulled her into believing that he had disposed of the debts, thereby excusing her default (see *Alper v Allstate Ins. Co.,* NYLJ, May 11, 1977, p 7, col 4). Furthermore, there is some indication that appellant may have a meritorious defense. Hopkins, J. P., Margett, Shapiro and Suozzi, JJ., concur.